UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

EDDIE MCFARLAND, JR.         )
                             )
        vs.                  )    Case No. 06-0807-CV-W-RED-SSA
                             )
MICHAEL J. ASTRUE,           )
Commissioner of the Social Security.  )
                             )

\_     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X      Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

       Upon review of the record, the Court finds that the Administrative Law Judge applied the correct legal standard and substantial evidence on the record as a whole supports the Administrative Law Judge's findings and conclusions in this case.  Accordingly, the Court **AFFIRMS** the decision of the Administrative Law Judge.

       **IT IS SO ORDERED.**


August 12, 2009                      Ann Thompson
Date                                 Clerk of the Court


Entered on: August 14, 2009          s/ Karen Siegert
                                     (By) Deputy Clerk